ACCEPTED
01-15-00794-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/19/2015 1:57:09 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00794-CV

**IN THE COURT OF APPEALS**
**FOR THE FIRST JUDICIAL DISTRICT OF TEXAS AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/19/2015 1:57:09 PM
CHRISTOPHER A. PRINE
Clerk

**PENNY GALLIS,**
APPELLANT

**VS.**

**GEORGE PAPADOGIANNIS**
RESPONDENT

On appeal from the 245th Judicial District Court
Harris County, Texas | Cause No. 2011- 30520

### PARTIES' NOTIFICATION TO COURT OF MEDIATOR

The parties have agreed that the following person will mediate this cause:

Mediator's Name:  Les Shireman

State Bar of Texas identification number:  24047791

Mailing address:  2930 Revere Street, Houston, TX  77098

Telephone number:  (713) 520-0086

Fax number:  (713) 520-6644

Respectfully submitted,

Janice L. Berg

1

State Bar of Texas identification number: 24064888

Mailing address: 1314 Texas Avenue, Suite 1515, Houston, TX 77002

Telephone number: (713) 993-9100

Fax number: (713) 225-0099

e-mail address: janice@janiceberglaw.com

Counsel for: Penny Gallis, Appellant

/s/ Janice L. Berg
Janice L. Berg
Attorney for Appellant

*October 19, 2015*
Date

**Certificate of Service**

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure and the Texas Rules of Appellate Procedure as follows on October 19, 2015:

**VIA EMAIL/E-SERVICE**
Daniel N. Gray
Law Office of Daniel N. Gray
2920 Virginia, Houston, Texas 77098
Tel: (713) 521-2015 | Fax: (713) 630-0099
Email: dgray53028@aol.com
Attorney for Appellee, George Papadogiannis

/s/ Janice L. Berg
Janice L. Berg
Attorney for Appellant, Penny Gallis